**Order entered December 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00467-CV

## IN RE LSP PRODUCTS GROUP, INC., Relator

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-21-02738-A**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus.

We also **LIFT** the stay issued by this Court's May 18, 2022 Order.

/s/     AMANDA L. REICHEK
JUSTICE